IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INEZ TITO LUGO,

      Petitioner,           No. CIV S-08-0820 JAM GGH P

   vs.

MIKE KNOWLES, Warden, et al.,

      Respondents.       ORDER

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2006 decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole. In an Order, filed on May 1, 2008, this court directed respondent to file a response within thirty days. On May 30, 2008, respondent requested a stay of this matter. On May 16, 2008, the Ninth Circuit granted rehearing en banc in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008). Petitioner will be given an opportunity to show cause why this case should not be stayed pending the rehearing in <u>Hayward</u>, <u>supra</u>, and respondent will be granted an extension of time for filing any response to the petition until this issue is resolved.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Within twenty days of the date of this order, petitioner shall show cause why

1

1 this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward</u>
2 <u>v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th
3 Cir. filed May 16, 2008); and
4     2. Respondent is granted an extension of time to file a response, pursuant to the
5 Order filed on May 1, 2008, until the question of a stay in this matter is resolved.
6 DATED: 06/10/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

8 GGH:009
lugo0820.osc

2