1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   INEZ TITO LUGO,                    )   Case No. CIV S-08-0820 JAM-GGH P
                                        )
12                  Petitioner,         )   ORDER
                                        )
13       v.                             )
                                        )
14   MIKE KNOWLES, et al.,              )
                                        )
15                  Respondents.        )
     _____)
16

17        In light of the en banc decision in Hayward v. Marshall,

18   __F.3d __, 2010 WL 1664977 (9th Cir. 2010), the stay entered on

19   July 6, 2009 is hereby lifted and the Clerk of the Court is

20   directed to reopen the case.

21        Should the parties wish to file briefing about the impact of

22   the Hayward decision, they may file simultaneous letter briefs of

23   no more than five pages within fourteen days of the date of this

24   order.

25        IT IS SO ORDERED.

26   Dated:  July 9, 2010                   _____
                                            JOHN A. MENDEZ,
27                                          UNITED STATES DISTRICT JUDGE

28